## 1152 ROEMER vs BOARD OF CANVASSERS (Detroit), No. 12379, 90 M., 27.

To compel respondents to re-convene and canvass the votes cast for alderman according to the returns originally made by the inspectors, it appearing that the Board of Canvassers had received and acted upon an alleged corrected return, purporting to have been made and signed some days after the first return had been filed with the city clerk.

Granted January 6, 1892.

## 1153 McQUADE vs. BOARD OF INSPECTORS OF ELECTION (Ecorse), No. 12717, 91 M., 438.

SANSOUCI ET AL. vs. BOARD OF INSPECTORS OF ELECTION (Ecorse), No. 12717½.

To compel board to canvass election returns.
Granted April 20, 1892, without costs.
Held, that the Canvassing Boards are bound by the returns.